UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GREGORY AKSELROD,<br><br>    Plaintiff,<br><br>    v.<br><br>CASTLE STRATEGIC<br>PROPERTIES, LLC et al.,<br><br>    Defendants. | CASE NO. C21-1529JLR<br><br>ORDER |

Before the court is Plaintiff Gregory Akselrod's motion for an order extending certain class certification deadlines. (Mot. (Dkt. # 16).) Defendants Castle Strategic Properties, LLC and Zachary Alexandre have not opposed the motion. (*See* Dkt.) Mr. Akselrod requests an extension of approximately five (5) months to his current deadline for (1) completing fact and expert discovery related to class certification and (2) filing a motion for class certification. (Mot. at 2.)

Under the local rules, "[a] schedule may be modified only for good cause and with

the judge's consent.  Mere failure to complete discovery within the time allowed does not constitute good cause for an extension or continuance."  Local Rules W.D. Wash. LCR 16(b)(6); (*see also* Sched. Order (Dkt. #12) at 2).  Mr. Akselrod does not elaborate on why the substantial extension he requests is necessary or why discovery cannot be completed as currently scheduled; rather, he states only that he requests it "to conduct discovery and develop his position on class certification, including the expert discovery necessary for that motion."  (Mot. at 1.)  That reasoning does not demonstrate the good cause required.

Because Mr. Akselrod has not shown good cause, the court DENIES his motion for an extension to the class certification deadlines  (Dkt. # 16).  The deadline to complete discovery on class certification remains April 8, 2022, and the deadline for Mr. Akselrod's motion for class certification remains May 10, 2022.  (Sched. Order at 1.)

Dated this 14th day of February, 2022.

_____
JAMES L. ROBART
United States District Judge