THE HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GREG AKSELROD, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CASTLE STRATEGIC PROPERTIES, LLC and ZACHARY ALEXANDRE,<br><br>Defendants. | Case No. 2:21-cv-01529-JLR<br><br>**ORDER ON JOINT MOTION TO EXTEND CLASS CERTIFICATION DEADLINES**<br><br>NOTE ON MOTION CALENDAR: April 4, 2022 |

THIS MATTER came before the Court on the Parties Joint Motion to Extend Class Certification Deadlines. The Court having considered the pleadings and records on file and the written submissions filed with the Court.

IT IS HEREBY ORDERED that, for good cause shown, the Joint Motion to Extend Class Certification Deadlines is GRANTED.  The class certification deadlines are modified as follows:

ORDER GRANTING JOINT MOTION TO EXTEND
DEADLINES - 1
Case No. 2:21-cv-01529-JLR

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com

|  | **Initial Scheduling Order Regarding Class Certification Motion (Dkt. No. 12)** | **Parties' Stipulated and Requested Modification** |
|---|---|---|
| **Deadline for Completion of Fact and Expert Discovery** | April 8, 2022 | May 23, 2022 |
| **Deadline for Plaintiffs to File Motion for Class Certification (Briefing deadlines shall conform with Local Rule 7)** | May 10, 2022 | June 24, 2022 |

IT IS SO ORDERED this 4th day of April, 2022.



JAMES L. ROBART
United States District Judge

ORDER GRANTING JOINT MOTION TO EXTEND
DEADLINES - 2
Case No. 2:21-cv-01529-JLR

**TURKE & STRAUSS LLP**
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
TEL. 608.237.1775 • FAX 608.509.4423
www.turkestrauss.com