The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| GREGORY AKSELROD, on behalf of himself and all others similarly situated,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CASTLE STRATEGIC PROPERTIES, LLC and ZACHARY ALEXANDRE,<br><br>　　　　　　　　　　　　Defendants. | NO. 2:21-cv-01529-JLR<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

　　　IT IS HEREBY STIPULATED AND AGREED by the parties, Plaintiff Greg Akselrod, by and through his undersigned counsel, and Defendants Castle Strategic Properties, LLC and Zachary Alexandre, by and through their undersigned counsel, that this action, is dismissed with prejudice in its entirety, pursuant to rule 41 of the Federal Rules of Civil Procedure.

　　　IT IS FURTHER STIPULATED AND AGREED that each party is to bear his, her, or its own costs and attorneys' fees.

/ / /

/ / /

/ / /

/ / /

Dated:  July 19, 2022

| PARONICH LAW, P.C. | RYAN, SWANSON & CLEVELAND, PLLC |
|---|---|
| */s/ Anthony Paronich*<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA  02043<br>(508) 221-1510<br>anthony@paronichlaw.com<br>*Pro Hac Vice*<br>*Counsel for Plaintiff and the punitive Class* | */s/ Kristin Nealey Meier*<br>Kristin Nealey Meier, WSBA #33562<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington  98101-3034<br>Tel: (206) 464-4224<br>Fax: (206) 583-0359<br>kmeier@ryanlaw.com<br>*Attorneys for Defendants* |

## ORDER

THIS MATTER, having come on regularly before the Court, and the Court having reviewed the stipulation of the parties, and the records and files herein, now, therefore, it is hereby;

ORDERED, ADJUDGED AND DECREED that the above-entitled action is hereby dismissed with prejudice and without costs or fees to any party.

SO ORDERED this 19th day of July, 2022.

_____
The Honorable James L. Robart

Presented by:

| PARONICH LAW, P.C. | RYAN, SWANSON & CLEVELAND, PLLC |
|---|---|
| */s/ Anthony Paronich*<br>Paronich Law, P.C.<br>350 Lincoln Street, Suite 2400<br>Hingham, MA  02043<br>(508) 221-1510<br>anthony@paronichlaw.com<br>*Pro Hac Vice*<br>*Counsel for Plaintiff and the punitive Class* | */s/ Kristin Nealey Meier*<br>Kristin Nealey Meier, WSBA #33562<br>1201 Third Avenue, Suite 3400<br>Seattle, Washington  98101-3034<br>Tel: (206) 464-4224<br>Fax: (206) 583-0359<br>kmeier@ryanlaw.com<br>*Attorneys for Defendants* |